## (January 24, 1968)

■ BARNET WEINSTEIN & SONS, INC., Respondent, v. DIC CONCRETE CORP. et al., Appellants, and FAIRFIELD TOWERS HOUSING CORP. et al., Respondents, et al., Defendants. (36NE) — Appeal by defendants Dic Concrete Corp. and Transamerica Insurance Company from an order of the Supreme Court, Kings County, dated October 9, 1967, which granted plaintiff's motion for permission to file [with the note of issue] a readiness statement, with leave to plaintiff to conduct, on a specified adjourned date or on any other adjourned date, the pretrial examination of the defendant Dic Concrete Corp. Order affirmed, without costs. Plaintiff's pending pretrial examination of the defendant Dic Concrete Corp. shall be completed on Wednesday, January 31, 1968. [See decision in companion appeal, *Weinstein & Sons* v. *Dic Concrete Corp.*, 29 A D 2d 683.] Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.